■ DOLORES BENACK, Appellant, v NORMAN BENACK, Respondent.—Appeal from an order of the Supreme Court (Mer-

cure, J.), entered January 11, 1988 in Warren County, which determined that an antenuptial agreement between the parties was valid and that plaintiff was not entitled to maintenance or counsel fees.

Order affirmed, with costs, upon the opinion of Justice Thomas E. Mercure. Mahoney, P. J., Casey, Weiss, Mikoll and Harvey, JJ., concur.